1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  CAYLA J. WITTY, ESQ.
   Nevada Bar No. 12897
3  **JACKSON LEWIS P.C.**
4  300 S. Fourth Street, Ste. 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Facsimile: (702) 921-2461
6  E-Mail: joshua.sliker@jacksonlewis.com
7  E-Mail: cayla.witty@jacksonlewis.com

8  *Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY MCNEELY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RPM LIVING, LLC a Texas limited liability company; MAISEHA ANTHONY, an individual; BEATRIZ SEGURA, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | 2:25-cv-00345-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff TIFFANY MCNEELY ("Plaintiff"), by and through her counsel, Sutton Hague Law Corporation, P.C., and Defendants RPM LIVING, LLC, MAIESHA ANTHONY, and BEATRIZ SEGURA (altogether "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have a 30 day extension up to and including **July 11, 2025**, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

1

1. Plaintiff served all Defendants with the Summons and Complaint, via personal service on Defendants' counsel, on May 22, 2025.

2. Based on the date and method of service, Defendants' response to Plaintiff's Complaint would be due on June 11, 2025.

3. During the interim time period, counsel for Defendants experienced a family emergency that necessitated travel out of state away from work.

4. The Parties have agreed to extend the deadline for Defendants to file their response to Plaintiff's Complaint to **July 11, 2025**, to allow Defendants sufficient time to address the allegations within the Complaint.

5. This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

6. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

2

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 10th day of June, 2025.

SUTTON HAGUE LAW CORPORATION P.C.

*/s/    Brady Briggs*
S. BRETT SUTTON, ESQ.
JARED HAGUE, ESQ.
BRADY BRIGGS, ESQ.
KELSEY GUNDERSON, ESQ.
SUTTON HAGUE LAW CORPORATION, P.C
9790 Gateway Drive, Suite 200
Reno, NV  89521

*Attorneys for Plaintiff*
*Tiffany McNeely*

JACKSON LEWIS P.C.

*/s/    Cayla J. Witty*
JOSHUA A. SLIKER, ESQ.
CAYLA J. WITTY, ESQ.
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Nevada Bar No. 12897
*Attorneys for Defendant*

**ORDER**

IT IS SO ~~ORDERED~~.

United States ~~District~~ Magistrate Judge

Dated: 6/11/2025