JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

*Attorney for Defendant RPM Living, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY MCNEELY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RPM LIVING, LLC, a Texas limited liability company; TRUAMERICA MULTIFAMILY, LLC; a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00345-GMN-DJA<br><br>**DEFENDANT RPM LIVING, LLC's MOTION FOR LEAVE TO WITHDRAW ATTORNEY CAYLA J. WITTY FROM CASE** |

Defendant RPM Living, LLC, by and through its counsel, the law firm of Jackson Lewis P.C., hereby requests leave of Court to remove attorney Cayla J. Witty as counsel of record from the above captioned case and the Court's docket. Ms. Witty is no longer with Jackson Lewis P.C. and her withdrawal will not cause any delay in the action. Joshua Sliker will remain as counsel of record for said Defendant.

Dated this 10th day of October, 2025.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Ste. 900
Ls Vegas, Nevada 89101

*Attorney for Defendant RPM Living, LLC*

**IT IS SO ORDERED**.

DATED: 10/14/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 10th day of October, 2025, I caused a true and correct copy of the foregoing **DEFENDANT RPM LIVING, LLC's MOTION FOR LEAVE TO WITHDRAW ATTORNEY CAYLA J. WITTY FROM CASE** to be served via the Court's CM/ECF electronic filing and service system, properly addressed to the following:

S. Brett Sutton, Esq.
Jared Hague, Esq.
Brady Briggs, Esq.
Kelsey Gunderson, Esq.
SUTTON HAGUE LAW CORPORATION, P.C.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521

*Attorneys for Plaintiff*
*Tiffany McNeely*

　　　　　　　　　　　　　　　　　　　　*/s/ Kelley Chandler*
　　　　　　　　　　　　　　　　　　　　Employee of Jackson Lewis P.C.

JACKSON LEWIS P.C.
LAS VEGAS

2