JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant, RPM Living, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY MCNEELY, an individual, | 2:25-cv-00345-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RPM LIVING, LLC a Texas limited liability company; MAISEHA ANTHONY, an individual; BEATRIZ SEGURA, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff TIFFANY MCNEELY, by and through her counsel, Sutton Hague Law Corporation, and Defendant RPM LIVING, LLC., by and through their counsel, the law firm Jackson Lewis P.C., hereby stipulate to the Dismissal with Prejudice of this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Dated this 23rd day of January, 2026.

SUTTON HAGUE LAW CORPORATION          JACKSON LEWIS P.C.


*/s/ Brady Briggs*                              */s/     Joshua A. Sliker*
BRADY BRIGGS, ESQ.                      JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 15020                    Nevada Bar No. 12493
9790 Gateway Drive                      300 S. Fourth Street
Suite 200                               Suite 900
Reno, Nevada 89521                      Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                 *Attorneys for Defendant*
*Tiffany McNeely*                         *RPM Living, LLC*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


Dated:___January 23, 2026_____